228

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael A. CLARK, Defendant–**
**Appellant.**

No. 10–7560.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 28, 2011.

Decided: May 2, 2011.

Michael A. Clark, Appellant Pro Se. Richard Daniel Cooke, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael A. Clark appeals the district court's order denying relief on his motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Clark,* No. 3:00–cr–00244–REP–1 (E.D.Va. Oct. 12, 2010). We deny Clark's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*